```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
------------------------------------------------------------------X
OMAR S. MONTOYA,

                Plaintiff,
                                                CIVIL ACTION NO.:
       -v-                                      3:17-CV-01541 (MPS)

UNITED STATES ATTORNEY GENERAL                  APRIL 30, 2018
JEFFERSON SESSIONS

                Defendants
------------------------------------------------------------------X
```

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order dated January 26, 2018, the parties, plaintiff Omar S. Montoya and defendant United States Attorney General Jefferson Sessions, hereby submit their Joint Status Report as follows:

(a)   <u>Status of the Case</u>

On or before January 22, 2018, the parties exchanged documents in accordance with the Court's Initial Discovery Protocols for Employment Cases Alleging Adverse Action ("Discovery Protocols"). In addition, on January 19, 2018, plaintiff disclosed information to defendant required by the Court's Discovery Protocols. Defendant will produce the information required by the Court's Discovery Protocols on or before May 30, 2018. On or about April 18, 2018, Karen Folster Lesperance Assistant U.S. Attorney for the Northern District of New York appeared in this case for the first time as lead counsel, after the U.S. Attorney's Office for the District of Connecticut discovered they had a conflict of interest that prevented them from continuing to appear in this matter. Plaintiff has served his first sets of document requests and interrogatories on defendant,

responses to which are due on or before May 23 and 24, 2018. Defendant intends to serve Requests for the Production of Documents and Interrogatories, and will do so on or before May 30, 2018. Counsel for plaintiff and defendant have conferred about dates when witnesses will be available for depositions. In addition, counsel for plaintiff and defendant have also conferred about plaintiff's intention to amend the complaint to include additional charges of discrimination which plaintiff contends relate to the same set of operative facts present in this case. Plaintiff also contends that he has exhausted his administrative remedies in connection with these additional charges of discrimination and that they are therefore ripe for review by this court. If the parties are unable to come to an agreement on plaintiff's proposed amendment, plaintiff will move this court for leave to amend the complaint.

(b) The Parties are not currently seeking a referral of this matter to a United States Magistrate or to the District's special masters program for settlement purposes. As discovery progresses, the parties agree to revisit and re-evaluate this decision.

(c) The Parties do not consent to a trial before a magistrate judge.

(d) The parties estimate that, given the issues in this case, the length of trial will be approximately one week.

**THE PLAINTIFF,
OMAR MONTOYA**

By: */s/ James M. Thayer*
James M. Thayer
GORDON, GORDON & SCHNAPP, P.C.
30 Broad Street, 21st Floor
New York, New York 10022
Tel.: 212-355-3200
Fax: 212-355-3292
James.Thayer@ggslawfirm.com

By:    */s/ Amanda M. DeMatteis*
Ethan Levin-Epstein *(ct01566)*
Amanda M. DeMatteis *(ct29413)*
GARRISON, LEVIN-EPSTEIN,
    FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, CT 06511
Tel.: (203) 777-4425
Fax: (203) 776-3965
E-mail: elevin-epstein@garrisonlaw.com
       adematteis@garrisonlaw.com

**THE DEFENDANT,**
**JEFFERSON SESSIONS**

GRANT C. JAQUITH
United States Attorney

By:    */s/ Karen Folster Lesperance*
Karen Folster Lesperance
Assistant U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, New York 12207
Tel.: (518) 431-0247
Fax: (518) 431-0249
E-mail: Karen.lesperance@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that on this 30th day of April, 2018 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Amanda M. DeMatteis*
Amanda M. DeMatteis